FILED
July 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002795867

Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant
US Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-FF2

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>GILBERT GREGORY COELHO and SANDRA LYNNE COELHO<br><br>      Debtors. | CASE: 10-16016-B-7<br><br>CHAPTER 7<br><br>REF.: ASW-1<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF JO-ANN L. GOLDMAN IN SUPPORT THEREON<br><br>DATE: 08/25/10<br>TIME: 11:00am<br>CTRM: 12<br>U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA 93721 |

    The Motion of US Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-FF2 respectfully shows as follows:

    1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

    2. This Motion is brought pursuant to Local Rule 9014-1 (f)(1)(ii) written opposition, if any, to the granting of

Matter I.D. 6401-6009

| | |
|---|---|
| 1 | the Motion shall be in writing and shall be served on the |
| 2 | moving party and filed with the Clerk by the responding |
| 3 | party at least fourteen (14) days preceding the noticed date |
| 4 | of the hearing.  Unless written opposition and supporting |
| 5 | evidence are timely filed with the Court, without good |
| 6 | cause, no party will be heard in opposition to the Motion at |
| 7 | oral argument. Failure of the responding party to timely |
| 8 | file written opposition may be deemed a waiver of any |
| 9 | opposition to the granting of the Motion. |

Opposition to the Motion shall be served on counsel for Movant as follows:

THE WOLF FIRM
2955 Main Street, Second Floor
Irvine, CA   92614
Tel: (949) 720-9200
Fax: (949) 608-0128

3.    On May 28, 2010, a petition under Chapter 7 of the Bankruptcy Code was filed by the Debtors.

4.    SHERYL ANN STRAIN is the Chapter 7 Trustee for this case.

5.    Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

6.    Movant is the beneficiary under a Deed of Trust which secures a Promissory Note ("Note") in the principal sum of $345,000, with the Note all due and payable on December 1, 2035.  The Note and Deed encumber real property commonly known as:

    26757 Greentree Avenue, Madera , CA 93638 ("Property")

Matter I.D. 6401-6009

and legally described as set forth in the Deed of Trust, which is attached to the Declaration of JO-ANN L. GOLDMAN.

7. The beneficial interest under the Deed of Trust is currently held by Movant. See Declaration of JO-ANN L. GOLDMAN.

8. There was a default under the terms of the Note and Deed of Trust and on March 24, 2010, Movant caused to be recorded a Notice of Default and Election to Sell.

9. The Property is Debtors' principal residence.

10. As of June 4, 2010, the Debtors have failed to tender 20 of the contractual payments which have fallen due under the Note and Deed of Trust.

11. The total amount due under Note and Deed of Trust as of June 4, 2010, exclusive of attorneys' fees and costs, was approximately $412,219.83. See Statement of Indebtedness attached hereto as **Exhibit " 1 "**.

12. Movant requests the Court take Judicial Notice that the Debtors' Schedule "A" provides the fair market value of the Property to be approximately $150,000.00. A true and correct copy of Schedule "A" is attached hereto as **Exhibit " 2 "** and incorporated by reference.

13. Movant requests the Court take Judicial Notice that the Debtors' Schedule "D" reflects the Property is encumbered by zero additional liens. A true and correct copy of the Debtors' Schedule "D" is attached hereto as **Exhibit " 3 "** and incorporated by reference.

14. Movant requests the Court take Judicial Notice that the Debtors' Statement of Intentions provides the Property is to be surrendered. A true and correct copy of the Statement of Intentions is attached hereto as **Exhibit " 4 "** and incorporated by reference.

15. The Debtors have no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

16. Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

17. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtors' failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated or annulled so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

(2) For reasonable attorneys' fees;

Matter I.D. 6401-6009

1	(3)  For the waiver of the 14 day stay pursuant to
2	Bankruptcy Rule 4001(a)(3).
3	(4)  For such other and further relief as the Court
4	deems just and proper.
5	Dated:  July 22, 2010

<u>/s/Alan Steven Wolf</u>
ALAN STEVEN WOLF
Attorneys for Movant
US Bank National Association, as
trustee for the holders of the First
Franklin Mortgage Loan Trust
Mortgage Pass-Through Certificates,
Series 2006-FF2

Matter I.D. 6401-6009