2010-16016
FILED
August 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002879944

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

Attorneys for Movant
US Bank National Association, as trustee for the holders of
the First Franklin Mortgage Loan Trust Mortgage Pass-Through
Certificates, Series 2006-FF2

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>GILBERT GREGORY COELHO and SANDRA LYNNE COELHO<br><br>    Debtors. | CASE: 10-16016-B-7<br><br>CHAPTER 7<br><br>REF.: ASW-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 08/25/10<br>TIME: 11:00am<br>CTRM: 12<br>U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA 93721 |

    A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by US Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-FF2, and having set to have been heard before the HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE, on August 25, 2010, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and

6401-6009

RECEIVED
August 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002879944

1  after due deliberation without hearing, does hereby make its
2  order as follows:
3      IT IS ORDERED that with respect to the real property
4  commonly known as 26757 Greentree Avenue, Madera , CA 93638,
5  and more fully described as follows:
6          SEE LEGAL DESCRIPTION MARKED AS EXHIBIT
7          "A" AND INCORPORATED HEREIN BY REFERENCE
8  Movant and its agents and successors are relieved of the
9  automatic stay, and said stay is immediately terminated, so
10 that Movant and its agents and successors may exercise or
11 cause to be exercised any and all rights under its Note
12 and/or Deed of Trust under applicable nonbankruptcy law.
13     IT IS FURTHER ORDERED that the 14 day stay pursuant to
14 Rule 4001(a)(3) is hereby waived.
15     IT IS FURTHER ORDERED that the bankruptcy proceeding
16 has been finalized for purposes of Cal. Civil Code § 2923.5.
17     IT IS FURTHER ORDERED that except as set forth herein,
18 all other relief is denied without prejudice.

Dated: August 27, 2010

_____
W. Richard Lee
United States Bankruptcy Judge

Matter I.D. 6401-6009

# EXHIBIT A

**Escrow No.:** 05-21010641-KL
**Locate No.:** CACTI7720-0721-0001-0050600340
**Title No.:** 05-50600340-AH

## EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF MADERA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Lot 25 of Madera Country Club Estates Subdivision No. 2, according to map entitled, "Map of Madera Country Club Estates Subdivision No. 2, Tract No. 96", filed and recorded in the office of the County Recorder of the County of Madera, State of California, July 26, 1961 in Vol. 8 of Maps, at pages 126 to 131, inclusive.

EXCEPTING THEREFROM an undivided one half interest in all oil, gas and other hydrocarbon substances in and under said land, as reserved in Deed dated December 12, 1955 from J. M. Avellar and Mary F. Avellar, his wife, and Arthur J. Avellar and Marjorie Avellar, his wife, recorded January 6, 1956 in Book 657 of Official Records, page 318, Madera County Records, but without the right to enter upon the surface of said lands or use any portion thereof lying less than 500 feet below the surface of said lands, said rights having been terminated by the Deed dated November 25, 1957, from Arthur J. Avellar and Marjorie Avellar, his wife, to Security Title Insurance Company, a California Corporation, recorded April 15, 1958 in Vol. 716 of Official Records, page 340, Madera County Records.

ALSO EXCEPTING THEREFROM an undivided 1/4 interest in and to all oil, gas and minerals, without however, the right to surface entry as reserved in Deed recorded March 4, 1969 in Book 1031 of Official Records, at page 169, Madera County Records.

ALSO EXCEPTING THEREFROM an undivided 1/4th interest in and to all oil, gas and minerals, without, however, the right to surface entry, as reserved to Rusco Industries Inc., in Deed dated August 2, 1962 and recorded August 15, 1962 in Book 835 or Official Records, Page 637, Madera County Records.